UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NETJETS LARGE AIRCRAFT, INC., et al.,

    Plaintiffs,

v.

Case No. 2:11-CV-1023
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Proceedings Pending Private Mediation (Doc. 28). For good cause shown, the parties' joint motion (Doc. 28) is **GRANTED**. The Clerk is directed to hereby **STAY** all proceedings in this case until August 28, 2012, so that the parties may proceed with private mediation.

IT IS SO ORDERED.

4-13-2012
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE