# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NETJETS LARGE AIRCRAFT, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:11-cv-1023<br><br>JUDGE SARGUS<br><br>MAGISTRATE JUDGE KEMP |

## ORDER EXTENDING STAY

Pursuant to the joint motion of the Parties and for good cause shown, the Court hereby extends the stay of all proceedings in this case until September 28, 2012, so that the Parties may proceed with private mediation.

IT IS SO ORDERED.

_____  08-21-2012
JUDGE SARGUS