

NetJets Inc. is a Berkshire Hathaway company.

## Invoice

NetJets International, Inc.
P.O. Box 933298, Atlanta, GA 31193-3298
614-239-2989

REDACTED

| | |
|---|---|
| Invoice No. | |
| Invoice Date | 06/06/2005 |
| Tail No. | |
| Aircraft Type | GULFSTREAM IV/SP (GIV-SP) |
| Contract No. | |
| Share Size | 6.250% |
| Account No. | |

### Flight Activity (See Attached) From 05/01/2005 To 05/31/2005

### Summary of Charges

| Description | Hours | Passengers | Rate | Total |
|---|---|---|---|---|
| Regular Hourly Charge | 8.7 | | | |
| Fuel Variable Charge | 8.7 | | | |
| Domestic Segment Fee | | 18 | | |
| Federal Excise Tax Charge | | | 7.50 % | |
| | | | **Total Invoice Amount:** | |

### Summary of Hours

| Contract Summary | | | | | | | | Current Activity | | | | Add'l Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Term 1/7/05-1/7/06 | Annual Avail | Allotted | Borrow'd Last Year | Carried Over | Total Allotted | Add'l Hours | Total Avail | Prev Hours Used | Current Hours Used | Total Hours Used | Remain Hours Avail | Borrow'd From Next Yr | Excess Hours Billed |
| Contract | | 50.0 | | | | | | 23.5 | 8.7 | 32.2 | 17.8 | | 0.0 |
| Year 1 1/7/05-1/7/06 | 50.0 | 50.0 | 0.0 | 0.0 | 50.0 | 0.0 | 50.0 | 23.5 | 8.7 | 32.2 | 17.8 | 0.0 | 0.0 |

| Trends | 4.8 Months |
|---|---|
| Hours | Avg Hours / Month |
| Allotted | 4.17 |
| Actual Usage | 6.81 |
| Share Size Owned | 6.25 % |
| Actual Usage Trend | 10.22 % |

Terms: Due within 10 days of receipt. Any balance unpaid 30 days after the due date shall accrue applicable interest per contract, plus collection fees.



Government Exhibit 12

CONFIDENTIAL

NJ_0022671

Contract: GIV-SP  Flight Activity From 05/01/2005 To 05/31/2005  Invoice: ▮  Tail No.: ▮

| Resv. No. | Request Date | Leg No. | From | | To | | Aircraft Request Type | Aircraft Actual Type | Aircraft Tail No. | Dist (SM) | Hours | Inter-Change Ratio | Diff | Billed Hours | Adjust | No. Pax | Lead Passenger | Flt. Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | 05/12 | | VNY | VAN NUYS, CA | SJC | SAN JOSE, CA | CE-750 | G-1159A | ▮ | 291 | 1.0 | | | 1.0 | | 2 | REDACTED | Part 135 |
| | 05/19 | | SJC | SAN JOSE, CA | VNY | VAN NUYS, CA | CE-750 | CE-750 | | 291 | 1.0 | 0.75 | -0.2 | 0.8 | | 3 | | Part 91K |
| ▮ | 05/12 | | PHL | PHILADELPHIA, PA | MDW | CHICAGO, IL | GIV-SP | GIV-SP | | 668 | 2.0 | | | 2.0 | | 4 | | Part 91K |
| | 05/14 | | MDW | CHICAGO, IL | VNY | VAN NUYS, CA | GIV-SP | GIV-SP | | 1746 | 4.1 | | | 4.1 | | 3 | | Part 91K |
| ▮ | 05/24 | | VNY | VAN NUYS, CA | LAS | LAS VEGAS, NV | CE-750 | CE-750 | ▮ | 229 | 0.9* | 0.75 | -0.2 | 0.8 | | 6 | | Part 91K |

Total Billed Hours  8.7
Total Ferry Hours  0.0
Total Hours  8.7

**Fuel Variable**
Avg. Commercial Fuel Price  ▮ Per Hour
Less: Contract Average  ▮

**Legend**
R = Rural Airport
* = Minimum Flight Segment (1.0 hours)
N = Not Applicable
Y = Applicable
P = Partial

# NETJETS®

NetJets Inc. is a Berkshire Hathaway company.

## Invoice

NetJets International, Inc.
P.O. Box 933298, Atlanta, GA 31193-3298
614-239-2989


REDACTED

| | |
|---|---|
| Invoice No. | ▇ |
| Invoice Date | 08/04/2005 |
| Tail No. | ▇ |
| Aircraft Type | GULFSTREAM IV/SP (GIV-SP) |
| Contract No. | ▇ |
| Share Size | 6.250% |
| Account No. | ▇ |

### Flight Activity (See Attached) From 07/01/2005 To 07/31/2005

#### Summary of Charges

| Description | Hours | Passengers | Rate | Total |
|---|---|---|---|---|
| Regular Hourly Charge | 11.2 | | ▇ | ▇ |
| Excess Hours - Level 1 | 10.0 | | ▇ | ▇ |
| Fuel Variable Charge | 21.2 | | ▇ | ▇ |
| Domestic Segment Fee | | 6 | ▇ | ▇ |
| International Passenger Fee | | 6 | ▇ | ▇ |
| Crew Expense | | 1 | ▇ | ▇ |
| Flight Adjustment | | | | |
| Federal Excise Tax Charge | | | 7.50 % | ▇ |
| | | | **Total Invoice Amount:** | ▇ |

### Summary of Hours

| | Contract Summary | | | | | | | Current Activity | | | | Add'l Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Term 1/7/05-1/7/06 | Annual Avail | Allotted | Borrow'd Last Year | Carried Over | Total Allotted | Add'l Hours | Total Avail | Prev Hours Used | Current Hours Used | Total Hours Used | Remain Hours Avail | Borrow'd From Next Yr | Excess Hours Billed |
| Contract | | 50.0 | | | | | | 38.8 | 11.2 | 50.0 | 0.0 | | 10.0 |
| Year 1 1/7/05-1/7/06 | 50.0 | 50.0 | 0.0 | 0.0 | 50.0 | 0.0 | 50.0 | 28.8 | 11.2 | 50.0 | 0.0 | 0.0 | 10.0 |

| Trends | 6.8 Months |
|---|---|
| Hours | Avg Hours / Month |
| Allotted | 4.17 |
| Actual Usage | 8.91 |
| Share Size Owned | 6.25 % |
| Actual Usage Trend | 13.37 % |

Terms: Due within 10 days of receipt. Any balance unpaid 30 days after the due date shall accrue applicable interest per contract, plus collection fees.

Page 1 of 2

CONFIDENTIAL

Contract: GIV-SP                    Flight Activity From 07/01/2005 To 07/31/2005                    Invoice:
                                                                                                     Tail No.: 

| Resv. No. | Request Date | Leg No. | From | | To | | Aircraft Request Type | Aircraft Actual Type | Aircraft Tail No. | Dist (SM) | Hours | Inter-Change Ratio | Diff | Billed Hours | Adjust | No. Pax | Lead Passenger | Flt. Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07/07 | | BUR | BURBANK, CA | TPA | TAMPA, FL | CE-750 | CE-750 | | 2155 | 4.1 | 0.75 | -1.0 | 3.1 | | 3 | REDACTED | Part 91K |
| | 07/10 | | TPA | TAMPA, FL | BUR | BURBANK, CA | CE-750 | CE-750 | | 2155 | 4.1 | 0.75 | -1.0 | 3.1 | | 3 | | Part 91K |
| | 07/23 | | LIRN | NAPLES, ITA | BGR | BANGOR, ME | GIV-SP | GIV-SP | | 4038 | 9.0 | | | 9.0 | | 6 | | Part 135 |
| | 07/23 | | BGR | BANGOR, ME | VNY | VAN NUYS, CA | GIV-SP | GIV-SP | | 2707 | 6.0 | | | 6.0 | | 4 | | Part 135 |

Flight       2nd Crew Overnight Charge- total flight time over 9.5 hours.

| Total Billed Hours | 21.2 |
|---|---|
| Total Ferry Hours | 0.0 |
| Total Hours | 21.2 |
| Total Flight Adjustment | |
| Total Dollar Adjustment | |

**Fuel Variable**
Avg. Commercial Fuel Price                    Per Hour
Less: Contract Average

**Legend**
R = Rural Airport
* = Minimum Flight Segment (1.0 hours)
N = Not Applicable
Y = Applicable
P = Partial

# NETJETS®

NetJets Inc. is a Berkshire Hathaway company.

## Invoice

NetJets International, Inc.
P.O. Box 933298, Atlanta, GA 31193-3298
614-239-2989

REDACTED

| | |
|---|---|
| Invoice No. | |
| Invoice Date | 11/04/2005 |
| Tail No. | |
| Aircraft Type | GULFSTREAM IV/SP (GIV-SP) |
| Contract No. | |
| Share Size | 6.250% |
| Account No. | |

### Flight Activity (See Attached) From 10/01/2005 To 10/31/2005

### Summary of Charges

| Description | Hours | Passengers | Rate | Total |
|---|---|---|---|---|
| Regular Hourly Charge | 8.5 | | | |
| Fuel Variable Charge | 8.5 | | | |
| Domestic Segment Fee | | 16 | | |
| Federal Excise Tax Charge | | | 7.50 % | |
| | | | **Total Invoice Amount:** | |

### Summary of Hours

| | Contract Summary | | | | | | | Current Activity | | | | Add'l Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Term 1/7/05-1/7/06 | Annual Avail | Allotted | Borrow'd Last Year | Carried Over | Total Allotted | Add'l Hours | Total Avail | Prev Hours Used | Current Hours Used | Total Hours Used | Remain Hours Avail | Borrow'd From Next Yr | Excess Hours Billed |
| Contract | | 50.0 | | | | | | 41.5 | 8.5 | 50.0 | 0.0 | | 0.0 |
| Year 1 1/7/05-1/7/06 | 50.0 | 50.0 | 0.0 | 0.0 | 50.0 | 0.0 | 50.0 | 41.5 | 8.5 | 50.0 | 0.0 | 0.0 | 0.0 |

| Trends | 9.8 Months |
|---|---|
| Hours | Avg Hours / Month |
| Allotted | 4.17 |
| Actual Usage | 5.12 |
| Share Size Owned | 6.25 % |
| Actual Usage Trend | 7.69 % |

Terms: Due within 10 days of receipt. Any balance unpaid 30 days after the due date shall accrue applicable interest per contract, plus collection fees.

CONFIDENTIAL

CONFIDENTIAL

Contract: GIV-SP   Flight Activity From 10/01/2005 To 10/31/2005   Invoice:
Tail No.:

| Resv. No. | Request Date | Leg No. | From | | To | | Aircraft Request Type | Aircraft Actual Type | Aircraft Tail No. | Dist (SM) | Hours | Inter-Change Ratio | Diff | Billed Hours | Adjust | No. Pax | Lead Passenger | Flt. Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/13 | | VNY | VAN NUYS, CA | TPA | TAMPA, FL | CE-750 | CE-750 | | 2163 | 4.1 | 0.75 | -1.0 | 3.1 | | 2 | REDACTED | Part 135 |
| | 10/17 | | TPA | TAMPA, FL | VNY | VAN NUYS, CA | CE-750 | CE-750 | | 2163 | 4.5 | 0.75 | -1.1 | 3.4 | | 2 | | Part 135 |
| | 10/28 | | VNY | VAN NUYS, CA | LAS | LAS VEGAS, NV | GIV-SP | G-400 | | 229 | 1.0 | | | 1.0 | | 6 | | Part 91K |
| | 10/30 | | LAS | LAS VEGAS, NV | VNY | VAN NUYS, CA | GIV-SP | GIV-SP | | 229 | 0.9* | | | 1.0 | | 6 | | Part 91K |

| Total Billed Hours | 8.5 |
|---|---|
| Total Ferry Hours | 0.0 |
| Total Hours | 8.5 |

**Fuel Variable**
Avg. Commercial Fuel Price
Less: Contract Average            Per Hour

**Legend**
R = Rural Airport
\* = Minimum Flight Segment (1.0 hours)
N = Not Applicable
Y = Applicable
P = Partial

NJ_0022682

# NETJETS®

NetJets Inc. is a Berkshire Hathaway company.

Invoice

NetJets International, Inc.
P.O. Box 933298, Atlanta, GA 31193-3298
614-239-2989

REDACTED

| | |
|---|---|
| Invoice No. | ■ |
| Invoice Date | 02/03/2006 |
| Tail No. | ■ |
| Aircraft Type | GULFSTREAM IV/SP (GIV-SP) |
| Contract No. | ■ |
| Share Size | 6.250% |
| Account No. | ■ |

Flight Activity (See Attached) From 01/01/2006 To 01/31/2006

### Summary of Charges

| Description | Hours | Passengers | Rate | Total |
|---|---|---|---|---|
| Regular Hourly Charge | 6.8 | | ■ | ■ |
| Fuel Variable Charge | 6.8 | | | |
| Domestic Segment Fee | | 5 | | |
| Federal Excise Tax Charge | | | 7.50 % | |
| | | | **Total Invoice Amount:** | ■ |

### Summary of Hours

| Contract Summary | | | | | | | | Current Activity | | | | Add'l Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Term 1/7/06-1/7/07 | Annual Avail | Allotted | Borrow'd Last Year | Carried Over | Total Allotted | Add'l Hours | Total Avail | Prev Hours Used | Current Hours Used | Total Hours Used | Remain Hours Avail | Borrow'd From Next Yr | Excess Hours Billed |
| Contract | | 50.0 | | | | | | 0.0 | 6.8 | 6.8 | 43.2 | | 0.0 |
| Year 1 1/7/06-1/7/07 | 50.0 | 50.0 | 0.0 | 0.0 | 50.0 | 0.0 | 50.0 | 0.0 | 6.8 | 6.8 | 43.2 | 0.0 | 0.0 |

| Trends | 0.8 Months |
|---|---|
| Hours | Avg Hours / Month |
| Allotted | 4.17 |
| Actual Usage | 8.69 |
| Share Size Owned | 6.25 % |
| Actual Usage Trend | 13.04 % |

Terms: Due within 10 days of receipt. Any balance unpaid 30 days after the due date shall accrue applicable interest per contract, plus collection fees.

CONFIDENTIAL

NJ_0022592

CONFIDENTIAL

████████████████ Invoice: ██
Contract: GIV-SP  Flight Activity From 01/01/2006 To 01/31/2006  Tail No.: ██

| Resv. No. | Request Date | Leg No. | From | | To | | Aircraft Request Type | Aircraft Actual Type | Aircraft Tail No. | Dist (SM) | Hours | Inter-Change Ratio | Diff. | Billed Hours | Adjust | No. Pax | Lead Passenger | Flt. Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ██ | 01/10 | ██ | VNY | VAN NUYS, CA | TPA | TAMPA, FL | CE-750 | CE-750 | ██ | 2163 | 4.0 | 0.75 | -1.0 | 3.0 | | 2 |  | Part 135 |
| | 01/14 | ██ | TPA | TAMPA, FL | VNY | VAN NUYS, CA | CE-750 | CE-750 | ██ | 2163 | 5.0 | 0.75 | -1.2 | 3.8 | | 3 | REDACTED | Part 135 |

| | |
|---|---|
| Total Billed Hours | 6.8 |
| Total Ferry Hours | 0.0 |
| Total Hours | 6.8 |

**Fuel Variable**

Avg. Commercial Fuel Price ██ ████████████ Per Hour
Less: Contract Average ██████████████

**Legend**

R = Rural Airport
\* = Minimum Flight Segment (1.0 hours)
N = Not Applicable
Y = Applicable
P = Partial

Page 2 of 2

NJ_0022593

# NETJETS®

NetJets Inc. is a Berkshire Hathaway company.

Invoice
NetJets International, Inc.
P.O. Box 933298, Atlanta, GA 31193-3298
614-239-2989


REDACTED

| | |
|---|---|
| Invoice No. | ▮ |
| Invoice Date | 05/03/2006 |
| Tail No. | ▮ |
| Aircraft Type | GULFSTREAM IV/SP (GIV-SP) |
| Contract No. | ▮ |
| Share Size | 6.250% |
| Account No. | ▮ |

### Flight Activity (See Attached) From 04/01/2006 To 04/30/2006

### Summary of Charges

| Description | Hours | Passengers | Rate | Total |
|---|---|---|---|---|
| Regular Hourly Charge | 11.0 | | ▮ | ▮ |
| Fuel Variable Charge | 11.0 | | | |
| Domestic Segment Fee | | 4 | | |
| International Passenger Fee | | 11 | | |
| Federal Excise Tax Charge | | | 7.50 % | |
| | | | **Total Invoice Amount:** | ▮ |

### Summary of Hours

| | Contract Summary | | | | | | | Current Activity | | | | Add'l Information | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Term 1/7/06-1/7/07 | Annual Avail | Allotted | Borrow'd Last Year | Carried Over | Total Allotted | Add'l Hours | Total Avail | Prev Hours Used | Current Hours Used | Total Hours Used | Remain Hours Avail | Borrow'd From Next Yr | Excess Hours Billed |
| Contract | | 50.0 | | | | | | 20.5 | 11.0 | 31.5 | 18.5 | | 0.0 |
| Year 1 1/7/06-1/7/07 | 50.0 | 50.0 | 0.0 | 0.0 | 50.0 | 0.0 | 50.0 | 20.5 | 11.0 | 31.5 | 18.5 | 0.0 | 0.0 |

| Trends | 3.7 Months |
|---|---|
| Hours | Avg. Hours / Month |
| Allotted | 4.17 |
| Actual Usage | 8.49 |
| Share Size Owned | 6.25 % |
| Actual Usage Trend | 12.74 % |

Terms: Due within 10 days of receipt. Any balance unpaid 30 days after the due date shall accrue applicable interest per contract, plus collection fees.

Page 1 of 2

CONFIDENTIAL

NJ_0022598

Contract: GIV-SP  Flight Activity From 04/01/2006 To 04/30/2006  Invoice: 
Tail No.

| Resv. No. | Request Date | Leg No. | From | | To | | Aircraft Request Type | Aircraft Actual Type | Aircraft Tail No. | Dist (SM) | Hours | Inter-Change Ratio | Diff | Billed Hours | Adjust | No. Pax | Lead Passenger | Flt. Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 04/06 | | VNY | VAN NUYS, CA | MMSD | SAN JOSE DEL CABO, MEX | GIV-SP | GIV-SP | | 928 | 2.2 | | | 2.2 | | 5 | | Part 91K |
| | 04/09 | | MMSD | SAN JOSE DEL CABO, MEX | LAX | LOS ANGELES, CA | GIV-SP | GIV-SP | | 911 | 2.3 | | | 2.3 | | 6 | REDACTED | Part 91K |
| | 04/19 | | VNY | VAN NUYS, CA | TPA | TAMPA, FL | CE-750 | CE-750 | | 2163 | 4.0 | 0.75 | -1.0 | 3.0 | | 2 | | Part 91K |
| | 04/23 | | TPA | TAMPA, FL | VNY | VAN NUYS, CA | CE-750 | CE-750 | | 2163 | 4.6 | 0.75 | -1.1 | 3.5 | | 2 | | Part 91K |

| | |
|---|---|
| Total Billed Hours | 11.0 |
| Total Ferry Hours | 0.0 |
| Total Hours | 11.0 |

**Fuel Variable**
Avg. Commercial Fuel Price
Less: Contract Average                        Per Hour

**Legend**
R = Rural Airport
* = Minimum Flight Segment (1.0 hours)
N = Not Applicable
Y = Applicable
P = Partial