# NETJETS®

NetJets Inc. is a Berkshire Hathaway company.

**Invoice**

NetJets Aviation, Inc.
P.O. Box 933300, Atlanta, GA 31193-3300
614-239-2989



| | |
|---|---|
| Invoice No. | |
| Invoice Date | 12/05/2005 |
| Tail No. | |
| Aircraft Type | FALCON 2000 (DA-2000) |
| Contract No. | |
| Share Size | 18.750% |
| Account No. | |

Flight Activity (See Attached) From **11/01/2005** To **11/30/2005**

### Summary of Charges

| Description | Hours | Passengers | Rate | Total |
|---|---|---|---|---|
| Regular Hourly Charge | 156.5 | | | |
| International Ferry Charge | 8.8 | | | |
| Fuel Variable Charge | 165.3 | | | |
| Domestic Segment Fee | | 346 | | |
| International Passenger Fee | | 50 | | |
| Flight Adjustment | | | | |
| Federal Excise Tax Charge | | | 7.50 % | |
| | | | **Total Invoice Amount:** | |

### Summary of Hours

| Contract Summary ||||||||| Current Activity |||| Add'l Information ||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Term 11/2/03-11/3/06 | Annual Avail | Allotted | Borrow'd Last Year | Carried Over | Total Allotted | Add'l Hours | Total Avail | Prev Hours Used | Current Hours Used | Total Hours Used | Remain Hours Avail | Borrow'd From Next Yr | Excess Hours Billed |
| Contract | | 3,277.1 | | | | | | 2,323.6 | 156.5 | 2,480.1 | 797.0 | | 0.0 |
| Year 1 11/3/03-11/3/04 | 1,575.0 | 812.9 | 0.0 | 0.0 | 812.9 | 0.0 | 812.9 | 732.9 | | 732.9 | 80.0 | 0.0 | 0.0 |
| Year 2 11/3/04-11/3/05 | 1,800.0 | 1,202.1 | 0.0 | 80.0 | 1,282.1 | 321.2 | 1,603.3 | 1,592.2 | 7.5 | 1,599.7 | 3.6 | 317.6 | 0.0 |
| Year 3 11/3/05-11/4/06 | 1,800.0 | 1,262.1 | (317.6) | 0.0 | 944.5 | 0.0 | 944.5 | (1.5) | 149.0 | 147.5 | 797.0 | 0.0 | 0.0 |

| Trends | 24.9 Months |
|---|---|
| Hours | Avg Hours / Month |
| Allotted | 91.03 |
| Actual Usage | 99.54 |
| Share Size Owned | 18.75 % |
| Actual Usage Trend | 149.31 % |

Terms: Due within 10 days of receipt. Any balance unpaid 30 days after the due date shall accrue applicable interest per contract, plus collection fees.



Government Exhibit 13

**CONFIDENTIAL**    NJ_0000024

Contract: [REDACTED]    Flight Activity From 11/01/2005 To 11/30/2005    Invoice: [REDACTED]    Tail No. [REDACTED]

| Resv. No. | Date | Request Leg No. | From | | To | | Aircraft Request Type | Aircraft Actual Type | Aircraft Tail No. | Dist (SM) | Hours | Inter-Change Ratio | Diff | Billed Hours | Adjust | No. Pax | Lead Passenger | Flt. Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **All Others** | | | | | | | | | | | | | | | | | | |
| [R] | 11/01 | [R] | MRY | MONTEREY, CA | PWK | CHICAGO / PROSPECT HGTS / WH, IL | DA-2000 | DA-2000 | [R] | 1845 | 3.6 | | | 3.6 | | 6 | REDACTED | Part 135 |
| [R] | 11/01 | | ADS | DALLAS, TX | MCI | KANSAS CITY, MO | DA-2000 | DA-2000 | [R] | 452 | 1.4 | | | 1.4 | | 3 | | Part 135 |
| | 11/01 | | MCI | KANSAS CITY, MO | ADS | DALLAS, TX | DA-2000 | DA-2000 | | 452 | 1.3 | | | 1.3 | | 4 | | Part 135 |
| [R] | 11/02 | | SNA | SANTA ANA, CA | SNA | SANTA ANA, CA | DA-2000 | DA-2000 | | 0 | 1.2 | | | 1.2 | | 4 | | Part 135 |
| | 11/03 | | SFO | SAN FRANCISCO, CA | ASE | ASPEN, CO | DA-2000 | GIV-SP | | 848 | 1.8 | | | 1.8 | | 4 | | Part 135 |
| [R] | 11/03 | | PHL | PHILADELPHIA, PA | SBN | SOUTH BEND, IN | DA-2000 | GIV | | 594 | 1.8 | | | 1.8 | | 8 | | Part 135 |
| | 11/04 | | ASE | ASPEN, CO | SNA | SANTA ANA, CA | DA-2000 | DA-2000 | | 721 | 2.1 | | | 2.1 | | 2 | | Part 135 |
| | 11/05 | | TEB | TETERBORO, NJ | UNV | STATE COLLEGE, PA | DA-2000 | DA-2000 | | 198 | 0.8* | | | 1.0 | | 10 | | Part 135 |
| | 11/05 | | UNV | STATE COLLEGE, PA | TEB | TETERBORO, NJ | DA-2000 | DA-2000 | | 198 | 0.9* | | | 1.0 | | 10 | | Part 135 |
| [R] | 11/06 | | SBN | SOUTH BEND, IN | PHL | PHILADELPHIA, PA | DA-2000 | DA-2000 | | 594 | 1.7 | | | 1.7 | | 9 | | Part 135 |
| | 11/06 | | LAS | LAS VEGAS, NV | SFO | SAN FRANCISCO, CA | DA-2000 | GIV-SP | | 414 | 1.3 | | | 1.3 | | 11 | | Part 135 |
| | 11/07 | [R] | MBPV | PROVIDENCIALES I., TCA | PBI | WEST PALM BEACH, FL | DA-2000 | DA-2000 | | 598 | 1.6 | | | 1.6 | | 10 | | Part 135 |
| | Ferry Flight | | | | Departure (KHST) Customs Stop Fee | | | | | | | | | 1.5 | [R] | | | |
| | 11/07 | | PBI | WEST PALM BEACH, FL | ORL | ORLANDO, FL | DA-2000 | DA-2000 | | 149 | 0.8 | | | 0.8 | | 10 | | Part 135 |
| [R] | 11/07 | | FLG | FLAGSTAFF, AZ | BCT | BOCA RATON, FL | DA-2000 | DA-2000 | | 1963 | 3.9 | | | 3.9 | | 2 | | Part 135 |
| | 11/07 | | DAL | DALLAS, TX | PBI | WEST PALM BEACH, FL | DA-2000 | DA-2000 | | 1091 | 2.5 | | | 2.5 | | 3 | | Part 135 |
| | 11/08 | | MDW | CHICAGO, IL | JFK | NEW YORK, NY | DA-2000 | DA-2000 | | 732 | 1.8 | | | 1.8 | | 6 | | Part 135 |
| | 11/09 | | LAX | LOS ANGELES, CA | SDL | SCOTTSDALE, AZ | DA-2000 | DA-2000 | | 375 | 1.2 | | | 1.2 | | 1 | | Part 135 |
| | 11/10 | | TEB | TETERBORO, NJ | PBI | WEST PALM BEACH, FL | DA-2000 | CL-604 | | 1036 | 2.6 | | | 2.6 | | 4 | | Part 135 |
| | 11/10 | | FXE | FT LAUDERDALE, FL | TPA | TAMPA, FL | DA-2000 | DA-2000 | | 190 | 0.8* | | | 1.0 | | 1 | | Part 135 |
| [R] | 11/11 | | ABQ | ALBUQUERQUE, NM | PSP | PALM SPRINGS, CA | DA-2000 | DA-2000 | | 571 | 1.6 | | | 1.6 | | 9 | | Part 135 |
| | 11/11 | | FRG | FARMINGDALE, NY | MYNN | NASSAU, BHS | DA-2000 | GIV-SP | | 1106 | 2.6 | | | 2.6 | | 8 | | Part 135 |
| | 11/11 | | TPA | TAMPA, FL | BCT | BOCA RATON, FL | DA-2000 | DA-2000 | | 185 | 0.8* | | | 1.0 | | 1 | | Part 135 |
| | 11/12 | | PDK | ATLANTA, GA | CAE | COLUMBIA, SC | DA-2000 | DA-2000 | | 183 | 0.7* | | | 1.0 | | 4 | | Part 135 |
| | 11/12 | | CAE | COLUMBIA, SC | PDK | ATLANTA, GA | DA-2000 | DA-2EASY | | 183 | 0.7* | | | 1.0 | | 4 | | Part 135 |
| [R] | 11/13 | | UGN | CHICAGO / WAUKEGAN, IL | PVD | PROVIDENCE, RI | DA-2000 | CL-604 | | 845 | 1.9 | | | 1.9 | | 7 | | Part 135 |
| [R] | 11/13 | | PSP | PALM SPRINGS, CA | ABQ | ALBUQUERQUE, NM | DA-2000 | GIV-SP | | 571 | 1.4 | | | 1.4 | | 10 | | Part 135 |

Contract: ███  
Flight Activity From 11/01/2005 To 11/30/2005  
-- Continued --  
Invoice: ███  
Tail No.: ███

| Date | From | From City | To | To City | Aircraft | Aircraft | | Miles | Hours | Hours | Pax | | Part |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/13 | PVD | PROVIDENCE, RI | UGN | CHICAGO / WAUKEGAN, IL | DA-2000 | GIV-SP | | 845 | 2.5 | 2.5 | 7 | | Part 135 |
| 11/14 | CMH | COLUMBUS, OH | TEB | TETERBORO, NJ | DA-2000 | DA-2000 | | 469 | 1.3 | 1.3 | 2 | | Part 135 |
| 11/14 | SUS | ST LOUIS, MO | SRQ | SARASOTA / BRADENTON, FL | DA-2000 | DA-2000 | | 907 | 2.1 | 2.1 | 5 | | Part 135 |
| 11/15 | STP | ST PAUL, MN | TEB | TETERBORO, NJ | DA-2000 | DA-2000 | | 1002 | 2.1 | 2.1 | 5 | | Part 135 |
| 11/15 | MYNN | NASSAU, BHS | ISP | NEW YORK, NY | DA-2000 | GIV-SP | | 1115 | 2.6 | 2.6 | 8 | | Part 135 |
| 11/15 | LAS | LAS VEGAS, NV | SMO | SANTA MONICA, CA | DA-2000 | GIV-SP | | 235 | 0.9* | 1.0 | | | Part 135 |
| 11/16 | MCO | ORLANDO, FL | MKE | MILWAUKEE, WI | DA-2000 | CL-604 | | 1066 | 2.7 | 2.7 | 8 | | Part 135 |
| 11/16 | TEB | TETERBORO, NJ | BWI | BALTIMORE, MD | DA-2000 | DA-2000 | | 180 | 1.0 | 1.0 | 3 | | Part 135 |
| 11/16 | TEB | TETERBORO, NJ | STP | ST PAUL, MN | DA-2000 | GIV | | 1002 | 2.9 | 2.9 | 5 | | Part 135 |
| 11/17 | HPN | WHITE PLAINS, NY | PBI | WEST PALM BEACH, FL | DA-2000 | DA-2000 | | 1056 | 2.8 | 2.8 | 9 | | Part 135 |
| 11/18 | TTN | TRENTON, NJ | BOS | BOSTON, MA | DA-2000 | DA-2000 | | 245 | 1.0 | 1.0 | 10 | | Part 135 |
| 11/19 | HPN | WHITE PLAINS, NY | PBI | WEST PALM BEACH, FL | DA-2000 | DA-2000 | | 1056 | 2.9 | 2.9 | 6 | | Part 135 |
| 11/19 | SJC | SAN JOSE, CA | APC | NAPA, CA | DA-2000 | DA-2000 | | 62 | 1.1 | 1.1 | 3 | | Part 135 |
| 11/19 | APC | NAPA, CA | ELP | EL PASO, TX | DA-2000 | DA-2000 | | 1002 | 2.3 | 2.3 | 9 | | Part 135 |
| 11/19 | TQPF | THE VALLEY, AIA | FLL | FT LAUDERDALE, FL | DA-2000 | GIV-SP | | 1221 | 3.0 | 3.0 | 8 | | Part 135 |
| Ferry | | | Departure (KHST) | | | | | | | 2.7 | | | |
| 11/19 | PSP | PALM SPRINGS, CA | FTW | FT WORTH, TX | DA-2000 | B-737-700 | | 1108 | 2.5 | 2.5 | 4 | | Part 135 |
| 11/19 | PDK | ATLANTA, GA | CAE | COLUMBIA, SC | DA-2000 | DA-2000 | | 183 | 0.7* | 1.0 | 4 | | Part 135 |
| 11/19 | ELP | EL PASO, TX | MROC | SAN JOSE, CRI | DA-2000 | DA-2000 | | 2066 | 4.5 | 4.5 | 9 | | Part 135 |
| 11/19 | FLL | FT LAUDERDALE, FL | TEB | TETERBORO, NJ | DA-2000 | GIV-SP | | 1077 | 2.6 | 2.6 | 8 | | Part 135 |
| 11/19 | CAE | COLUMBIA, SC | PDK | ATLANTA, GA | DA-2000 | DA-2000 | | 183 | 0.9* | 1.0 | 4 | | Part 135 |
| 11/20 | MROC | SAN JOSE, CRI | MRLB | LIBERIA, CRI | DA-2000 | DA-2000 | | 100 | 0.6* | 1.0 | 9 | | Part 135 |
| Ferry | | | Departure (KEYW), Arrival (KEYW | | | | | | | 2.4 | | | |
| 11/20 | BOS | BOSTON, MA | TTN | TRENTON, NJ | DA-2000 | GIV-SP | | 245 | 1.1 | 1.1 | 10 | | Part 135 |
| 11/20 | IAD | WASHINGTON, VA | SAN | SAN DIEGO, CA | DA-2000 | DA-2000 | | 2253 | 4.9 | 4.9 | 2 | | Part 135 |
| 11/20 | OAK | OAKLAND, CA | SNA | SANTA ANA, CA | DA-2000 | DA-2000 | | 371 | 1.3 | 1.3 | 8 | | Part 135 |
| 11/21 | FLL | FT LAUDERDALE, FL | MDST | SANTIAGO, DOM | DA-2000 | DA-2000 | | 762 | 1.8 | 1.8 | 7 | | Part 135 |
| Ferry | | | Arrival (KHST | | | | | | | 2.2 | | | |
| 11/22 | PWK | CHICAGO / PROSPECT HGTS / WH, IL | PBI | WEST PALM BEACH, FL | DA-2000 | GIV-SP | | 1152 | 2.7 | 2.7 | 9 | | Part 135 |
| 11/22 | IAD | WASHINGTON, VA | PBI | WEST PALM BEACH, FL | DA-2000 | DA-2000 | | 859 | 2.5 | 2.5 | 3 | | Part 135 |
| 11/23 | FLL | FT LAUDERDALE, FL | TEB | TETERBORO, NJ | DA-2000 | CL-604 | | 1077 | 2.6 | 2.6 | 4 | | Part 135 |
| 11/23 | TEB | TETERBORO, NJ | FLL | FT LAUDERDALE, FL | DA-2000 | GIV-SP | | 1077 | 2.7 | 2.7 | 6 | | Part 135 |
| 11/23 | SNA | SANTA ANA, CA | MIA | MIAMI, FL | DA-2000 | GIV-SP | | 2310 | 4.3 | 4.3 | 6 | | Part 135 |

CONFIDENTIAL

Contract: ▮▮▮  Flight Activity From 11/01/2005 To 11/30/2005  Invoice: ▮▮▮
-- Continued --  Tail No.: ▮▮▮

| | Date | | From | | To | | Aircraft | Aircraft | | Miles | Hrs | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/24 | | LAX | LOS ANGELES, CA | LAS | LAS VEGAS, NV | DA-2000 | DA-2000 | | 236 | 0.9* | | 1.0 | 10 | | Part 135 |
| | 11/25 | | HPN | WHITE PLAINS, NY | MIA | MIAMI, FL | DA-2000 | DA-2000 | | 1118 | 2.8 | | 2.8 | 9 | | Part 135 |
| | 11/25 | | SUS | ST LOUIS, MO | LAS | LAS VEGAS, NV | DA-2000 | DA-2000 | | 1356 | 3.1 | | 3.1 | 10 | | Part 135 |
| | 11/25 | | SNA | SANTA ANA, CA | LAS | LAS VEGAS, NV | DA-2000 | DA-2000 | | 226 | 0.8* | | 1.0 | 6 | | Part 135 |
| | 11/26 | | HOU | HOUSTON, TX | TEB | TETERBORO, NJ | DA-2000 | DA-2000 | | 1421 | 3.1 | | 3.1 | 9 | | Part 135 |
| | 11/26 | | SNA | SANTA ANA, CA | LAS | LAS VEGAS, NV | DA-2000 | DA-2000 | | 226 | 1.0 | | 1.0 | 1 | | Part 135 |
| | 11/26 | | FLL | FT LAUDERDALE, FL | TEB | TETERBORO, NJ | DA-2000 | DA-2000 | | 1077 | 2.5 | | 2.5 | 6 | | Part 135 |
| | 11/27 | | TEB | TETERBORO, NJ | FLL | FT LAUDERDALE, FL | DA-2000 | DA-2EASY | | 1077 | 2.7 | | 2.7 | 4 | | Part 135 |
| | 11/27 | | PBI | WEST PALM BEACH, FL | HPN | WHITE PLAINS, NY | DA-2000 | GIV-SP | | 1056 | 2.8 | | 2.8 | 7 | | Part 135 |
| | 11/27 | | HPN | WHITE PLAINS, NY | BOS | BOSTON, MA | DA-2000 | GIV-SP | | 166 | 0.9* | | 1.0 | 2 | | Part 135 |
| | 11/27 | | LAS | LAS VEGAS, NV | SNA | SANTA ANA, CA | DA-2000 | DA-2000 | | 226 | 0.9* | | 1.0 | 7 | | Part 135 |
| | 11/27 | | PBI | WEST PALM BEACH, FL | DAL | DALLAS, TX | DA-2000 | DA-2000 | | 1091 | 3.4 | | 3.4 | 4 | | Part 135 |
| | 11/27 | | SNA | SANTA ANA, CA | OAK | OAKLAND, CA | DA-2000 | DA-2000 | | 371 | 1.3 | | 1.3 | 4 | | Part 135 |
| | 11/28 | | SAN | SAN DIEGO, CA | JYO | LEESBURG, VA | DA-2000 | CL-604 | | 2247 | 4.5 | | 4.5 | 2 | | Part 135 |
| | 11/28 | | LAS | LAS VEGAS, NV | SUS | ST LOUIS, MO | DA-2000 | GIV-SP | | 1356 | 2.9 | | 2.9 | 10 | | Part 135 |
| | 11/29 | | PBI | WEST PALM BEACH, FL | TEB | TETERBORO, NJ | DA-2000 | DA-2000 | | 1036 | 2.7 | | 2.7 | 3 | | Part 135 |
| | 11/30 | | EDDF | FRANKFURT / MAIN, DEU | LSGG | GENEVA, CHE | DA-2000 | G-550 | | 286 | 0.9* | 1.64 | 0.6 1.6 | 2 | | Part 135 |

Hrs 150.3
Pos 8.8

| | 11/27 | | MIA | MIAMI, FL | SNA | SANTA ANA, CA | DA-2000 | DA-2000 | | 2310 | 6.2 | | 6.2 | 9 | | Part 135 |

Hrs 6.2

Total Billed Hours  156.5
Total Ferry Hours  8.8
Total Hours  165.3

Total Flight Adjustment
Total Dollar Adjustment

NJ_0000027

CONFIDENTIAL

Contract: ███  Flight Activity From 11/01/2005 To 11/30/2005  Invoice: ███
-- Continued --  Tail No.: ███

**Fuel Variable**

Avg. Commercial Fuel Price ███ Per Hour
Less: Contract Average ███

**Legend**

R = Rural Airport
* = Minimum Flight Segment (1.0 hours)
N = Not Applicable
Y = Applicable
P = Partial

NJ_0000028