# NETJETS®

NetJets Inc. is a Berkshire Hathaway company.

## Invoice

NetJets Large Aircraft, Inc.
P.O. Box 361243, Columbus, OH 43236
614-239-2989



| | |
|---|---|
| Invoice No. | |
| Invoice Date | 11/06/2006 |
| Tail No. | |
| Aircraft Type | BOEING 737-700 / BBJ (B-737-700) |
| Contract No. | |
| Share Size | 6.250% |
| Account No. | |

Flight Activity (See Attached) From **10/01/2006** To **10/31/2006**

### Summary of Charges

| Description | Hours | Passengers | Rate | Total |
|---|---|---|---|---|
| Regular Hourly Charge | 2.6 | | | |
| Fuel Variable Charge | 2.6 | | | |
| Domestic Segment Fee | | 22 | | |
| Federal Excise Tax Charge | | | 7.50 % | |
| | | | **Total Invoice Amount:** | |

| Summary of Hours ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contract Summary |||||||| Current Activity ||| Add'l Information ||
| Contract Term 4/30/06-8/31/10 | Annual Avail | Allotted | Borrow'd Last Year | Carried Over | Total Allotted | Add'l Hours | Total Avail | Prev Hours Used | Current Hours Used | Total Hours Used | Remain Hours Avail | Borrow'd From Next Yr | Excess Hours Billed |
| Contract | | 577.7 | | | | | | 40.3 | 2.6 | 42.9 | 534.8 | | 0.0 |
| Year 1 4/30/06-4/29/07 | 544.4 | 544.4 | 0.0 | 0.0 | 276.9 | 0.0 | 276.9 | 40.3 | 2.6 | 42.9 | 234.0 | 0.0 | 0.0 |
| Year 2 4/30/07-4/29/08 | 577.7 | 33.3 | 0.0 | 0.0 | 276.9 | 0.0 | 276.9 | 0.0 | | 0.0 | 276.9 | 0.0 | 0.0 |

| Trends | 6.0 Months |
|---|---|
| Hours | Avg Hours / Month |
| Allotted | 11.10 |
| Actual Usage | 7.10 |
| Share Size Owned | 6.25 % |
| Actual Usage Trend | 10.65 % |

Terms: Due within 10 days of receipt. Any balance unpaid 30 days after the due date shall accrue applicable interest per contract, plus collection fees.



Government Exhibit
14

CONFIDENTIAL                                         NJ_0018557


Contract:

Flight Activity From 10/01/2006 To 10/31/2006

Invoice:
Tail No.: 

| Resv. No. | Date | Request Leg No. | From | | To | | Aircraft Request Type | Aircraft Actual Type | Aircraft Tail No. | Dist (SM) | Hours | Inter-Change Ratio | Diff | Billed Hours | Adjust | No. Pax | Lead Passenger | Flt. Rule |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/18 | | SMO | SANTA MONICA, CA | SMF | SACRAMENTO, CA | GIV-SP | GIV-SP | | 367 | 1.4 | 0.53 | -0.7 | 0.7 | | 5 | REDACTED | Part 135 |
| | 10/18 | | SJC | SAN JOSE, CA | SMO | SANTA MONICA, CA | GIV-SP | GIV-SP | | 302 | 1.3 | 0.53 | -0.6 | 0.7 | | 5 | | Part 91K |
| | 10/26 | | FAT | FRESNO, CA | SMF | SACRAMENTO, CA | GIV-SP | GIV-SP | | 167 | 0.9* | 0.53 | -0.5 | 0.5 | | 7 | | Part 135 |
| | 10/31 | | SMF | SACRAMENTO, CA | SMO | SANTA MONICA, CA | GIV-SP | GIV-SP | | 367 | 1.3 | 0.53 | -0.6 | 0.7 | | 5 | | Part 91K |

Total Billed Hours 2.6
Total Ferry Hours 0.0
Total Hours 2.6

**Fuel Variable**
Avg. Commercial Fuel Price
Less: Contract Average
 Per Hour

**Legend**
R = Rural Airport
* = Minimum Flight Segment (1.0 hours)
N = Not Applicable
Y = Applicable
P = Partial