9887




09887

STATEMENT & INVOICE

92111-400

9/16/93

MONTHLY ACTIVITY (SEE ATTACHED) PERIOD ENDING: 8/31/93

| PLANE TYPE | CONV RATE | ACTUAL HRS | ADJUST HRS | NET HRS | CONVERSION HOURS | HOURS CHARGED |
|---|---|---|---|---|---|---|
| SII | (1.0) | 8.8 | .0 | 8.8 |  | 8.8 |
| CIII | (1.7) | 2.3 | .0 | 2.3 | 1.6 | 3.9 |
| TOTAL |  | 11.1 | .0 | 11.1 |  | 12.7 |

SUMMARY OF CHARGES

```
   12.7   REGULAR HOURLY CHARG$1,060.00
    .0    EXCESS HOURS     $.00
          FEDERAL EXCISE TAX   (TRANSPORTATION) *
          FUEL VARIABLE CHARGE  (SEE ATTACHED)

          TOTAL AMOUNT DUE EJA
```

*THE FUEL EXCISE TAX ON   12.7 HOURS IS $ ▇▇▇

SUMMARY OF HOURS FLOWN

|  | CURR.MONTH | 2ND YEAR | CON-TO-DT |
|---|---|---|---|
| MAXIMUM HOURS ALLOWED |  | 800.0 | 2,000.0 |
| PREVIOUS UTILIZATION HRS |  | 41.0 | 554.6 |
| CURR. PERIOD USAGE | 12.7 | 12.7 | 12.7 |
| EXCESS HOURS | .0 |  |  |
| ENDING HOURS UTILIZATION |  | 53.7 | 567.3 |
| REMAINING HOURS AVAIL. |  | 746.3 | 1,432.7 |

ALPHA

JK0273



Government Exhibit 24

Confidential

NJ_0025536

```
01-0092111-400  [REDACTED]              CUSTOMER FLIGHT HISTORY    FOR PERIOD ENDING:  8/31/93

FROM AIRPORT CITY         TO  AIRPORT CITY       PAX REGHR CONV TOTAL RQSTD TAIL FLEW RESV$    LEAD PASSENGER

    01-0092111-400  [REDACTED]

8/02  BUR BURBANK, CA      BLI BELLINGHAM, WA    6   2.8          2.8 SII          S
8/03  BLI BELLINGHAM, WA   SEA SEATTLE, WA       6    .7           .7 SII          S
8/03  SEA SEATTLE, WA      BUR BURBANK, CA       3   2.7          2.7 SII          S

8/10  PHF NEWPORT NEWS, VA TEB TETERBORO, NJ     2   1.2    .8    2.0 CIII         C
8/11  TEB TETERBORO, NJ    PHF NEWPORT NEWS, VA  2   1.1    .8    1.9 CIII         C

8/23  BUR BURBANK, CA      SAC SACRAMENTO, CA'EXEC 2  1.3         1.3 SII          S
8/23  SAC SACRAMENTO, CA'EXEC BUR BURBANK, CA    2   1.3          1.3 SII          S

                              DIVISION TOTAL   11.1  1.6  12.7

                              CORPORATE TOTAL  11.1  1.6  12.7
```

JK0274

Confidential

NJ_0025537




09666

STATEMENT & INVOICE

92111-400

8/13/93

MONTHLY ACTIVITY (SEE ATTACHED) PERIOD ENDING: 7/31/93

| PLANE TYPE | CONV RATE | ACTUAL HRS | ADJUST HRS | NET HRS | CONVERSION HOURS | HOURS CHARGED |
|---|---|---|---|---|---|---|
| SII | (1.0) | 33.5 | .0 | 33.5 | | 33.5 |
| CIII | (1.7) | 4.4 | .0 | 4.4 | 3.1 | 7.5 |
| TOTAL | | 37.9 | .0 | 37.9 | | 41.0 |

SUMMARY OF CHARGES

| | | |
|---|---|---|
| 41.0 | REGULAR HOURLY CHARG | $1,060.00 |
| .0 | EXCESS HOURS | $.00 |
| | FEDERAL EXCISE TAX | (TRANSPORTATION) * |
| | FUEL VARIABLE CHARGE | (SEE ATTACHED) |
| | TOTAL AMOUNT DUE EJA | |

*THE FUEL EXCISE TAX ON    41.0 HOURS IS $▆▆▆

SUMMARY OF HOURS FLOWN

| | CURR.MONTH | 2ND YEAR | CON-TO-DT |
|---|---|---|---|
| MAXIMUM HOURS ALLOWED | | 800.0 | 2,000.0 |
| PREVIOUS UTILIZATION HRS | | .0 | 513.6 |
| CURR. PERIOD USAGE | 41.0 | 41.0 | 41.0 |
| EXCESS HOURS | .0 | | |
| ENDING HOURS UTILIZATION | | 41.0 | 554.6 |
| REMAINING HOURS AVAIL. | | 759.0 | 1,445.4 |

ALPHA

JK0275

Confidential

NJ_0025538

01-0092111-400                              CUSTOMER FLIGHT HISTORY    FOR PERIOD ENDING:  7/31/93

DATE  FROM  AIRPORT CITY         TO   AIRPORT CITY        PAX  REGHR  CONV  TOTAL  RQSTD  TAIL  FLEW  RESPT   LEAD PASSENGER

01-0092111-400

| Date | From | Airport City | To | Airport City | PAX | REGHR | CONV | TOTAL | RQSTD |
|------|------|--------------|-----|--------------|-----|-------|------|-------|-------|
| 7/06 | APA | DENVER(Centenial),CO | HPN | WHITE PLAINS, NY | 3 | 4.0 | | 4.0 | SII |
| 7/09 | HPN | WHITE PLAINS, NY | IND | INDIANAPOLIS, IN | 4 | 2.1 | | 2.1 | SII |
| 7/09 | IND | INDIANAPOLIS, IN | APA | DENVER(Centenial),CO | 4 | 2.9 | | 2.9 | SII |
| 7/15 | AGC | PITTSBURGH, PA | BHM | BIRMINGHAM, AL | 1 | 1.8 | | 1.8 | SII |
| 7/15 | BHM | BIRMINGHAM, AL | HPN | WHITE PLAINS, NY | 1 | 2.7 | | 2.7 | SII |
| 7/19 | DAL | DALLAS (LOVE), TX | HPN | WHITE PLAINS, NY | 2 | 3.9 | | 3.9 | SII |
| 7/19 | MIA | MIAMI, FL | PHF | NEWPORT NEWS, VA | 1 | 2.3 | 1.6 | 3.9 | CIII |
| 7/21 | IAH | HOUSTON, TX | 3KM | WICHITA(Jabara), KS | 4 | 1.7 | | 1.7 | SII |
| 7/21 | 3KM | WICHITA(Jabara), KS | IAH | HOUSTON, TX | 4 | 1.9 | | 1.9 | SII |
| 7/21 | HPN | WHITE PLAINS, NY | DCA | WASHINGTON, DC | 2 | 1.2 | | 1.2 | SII |
| 7/21 | DCA | WASHINGTON, DC | HPN | WHITE PLAINS, NY | 2 | 1.2 | | 1.2 | SII |
| 7/21 | PHF | NEWPORT NEWS, VA | TEB | TETERBORO, NJ | 1 | 1.1 | .8 | 1.9 | CIII |
| 7/22 | MKC | KANSAS CITY, MO | HPN | WHITE PLAINS, NY | 1 | 2.6 | | 2.6 | SII |
| 7/22 | TEB | TETERBORO, NJ | PHF | NEWPORT NEWS, VA | 1 | 1.0 | .7 | 1.7 | CIII |
| 7/22 | BOS | BOSTON(LOGAN), MA | HPN | WHITE PLAINS, NY | 1 | 1.0 | | 1.0 | SII |
| 7/22 | BVY | BEVERLY, MA | HPN | WHITE PLAINS, NY | 1 | .9 | | .9 | SII |
| 7/23 | HPN | WHITE PLAINS, NY | CON | CONCORD, NH | 2 | .8 | | .8 | SII |
| 7/23 | CON | CONCORD, NH | HYA | HYANNIS, MA | 1 | .6 | | .6 | SII |
| 7/23 | HPN | WHITE PLAINS, NY | BVY | BEVERLY, MA | 1 | .8 | | .8 | SII |
| 7/23 | HPN | WHITE PLAINS, NY | DCA | WASHINGTON, DC | 2 | .9 | | .9 | SII |
| 7/29 | HOU | HOUSTON(HOBBY), TX | NEW | NEW ORLEANS, LA | 7 | 1.3 | | 1.3 | SII |
| 7/30 | NEW | NEW ORLEANS, LA | HOU | HOUSTON(HOBBY), TX | 7 | 1.2 | | 1.2 | SII |

                                        DIVISION TOTAL   37.9  3.1  41.0

                                        CORPORATE TOTAL  37.9  3.1  41.0

JK0276

Confidential

NJ_0025539




09457

STATEMENT & INVOICE

92111-400

7/19/93

MONTHLY ACTIVITY (SEE ATTACHED) PERIOD ENDING: 6/30/93

| PLANE TYPE | CONV RATE | ACTUAL HRS | ADJUST HRS | NET HRS | CONVERSION HOURS | HOURS CHARGED |
|---|---|---|---|---|---|---|
| SII | (1.0) | 47.9 | .0 | 47.9 | | 47.9 |
| CIII | (1.7) | 8.7 | .0 | 8.7 | 6.1 | 14.8 |
| TOTAL | | 56.6 | .0 | 56.6 | | 62.7 |

SUMMARY OF CHARGES

```
62.7   REGULAR HOURLY CHARG$1,060.00
  .0   EXCESS HOURS      $.00
       FEDERAL EXCISE TAX    (TRANSPORTATION) *
       FUEL VARIABLE CHARGE  (SEE ATTACHED)
       DOLLAR ADJUSTMENT

       TOTAL AMOUNT DUE EJA
```

*THE FUEL EXCISE TAX ON    62.7 HOURS IS $

SUMMARY OF HOURS FLOWN

| | CURR.MONTH | 1ST YEAR | CON-TO-DT |
|---|---|---|---|
| MAXIMUM HOURS ALLOWED | | 800.0 | 2,000.0 |
| PREVIOUS UTILIZATION HRS | | 450.9 | 450.9 |
| CURR. PERIOD USAGE | 62.7 | 62.7 | 62.7 |
| EXCESS HOURS | .0 | | |
| ENDING HOURS UTILIZATION | | 513.6 | 513.6 |
| REMAINING HOURS AVAIL. | | 286.4 | 1,486.4 |

JK0277

Confidential

NJ_0025540

```
RJS015    01-0092111-400  [REDACTED]           CUSTOMER FLIGHT HISTORY    FOR PERIOD ENDING: 6/30/93

DATE  FROM AIRPORT CITY        TO  AIRPORT CITY        PAX REGHR CONV TOTAL RQSTD TAIL FLEW RESV#    LEAD PASSENGER

      01-0092111-400  [REDACTED]
```

| DATE | FROM | AIRPORT CITY | TO | AIRPORT CITY | PAX | REGHR | CONV | TOTAL | RQSTD TAIL |
|------|------|--------------|------|-------------|-----|-------|------|-------|------------|
| 6/02 | HPN | WHITE PLAINS, NY | DCA | WASHINGTON, DC | 1 | 1.0 | | 1.0 | SII |
| 6/03 | MIA | MIAMI, FL | PHF | NEWPORT NEWS, VA | 2 | 2.3 | 1.6 | 3.9 | CIII |
| 6/04 | DCA | WASHINGTON, DC | HPN | WHITE PLAINS, NY | 2 | 1.2 | | 1.2 | SII |
| 6/07 | PHF | NEWPORT NEWS, VA | TEB | TETERBORO, NJ | 2 | 1.1 | .8 | 1.9 | CIII |
| 6/08 | TEB | TETERBORO, NJ | PHF | NEWPORT NEWS, VA | 2 | 1.0 | .7 | 1.7 | CIII |
| 6/10 | BUR | BURBANK, CA | BTM | BUTTE, MT | 2 | 2.6 | | 2.6 | SII |
| 6/13 | BTM | BUTTE, MT | BUR | BURBANK, CA | 2 | 2.6 | | 2.6 | SII |
| 6/22 | PHF | NEWPORT NEWS, VA | TEB | TETERBORO, NJ | 1 | 1.1 | .8 | 1.9 | CIII |
| 6/22 | APA | DENVER(Centenial),CO | BFL | BAKERSFIELD, CA | 7 | 2.8 | | 2.8 | SII |
| 6/22 | BFL | BAKERSFIELD, CA | BUR | BURBANK, CA | 2 | .6 | | .6 | SII |
| 6/22 | BFL | BAKERSFIELD, CA | BUR | BURBANK, CA | 4 | .6 | | .6 | SII |
| 6/22 | BUR | BURBANK, CA | APA | DENVER(Centenial),CO | 6 | 2.3 | | 2.3 | SII |
| 6/23 | IAH | HOUSTON, TX | 3KM | WICHITA(Jabara), KS | 5 | 1.9 | | 1.9 | SII |
| 6/23 | 3KM | WICHITA(Jabara), KS | MIW | MARSHALLTOWN, IA | 7 | 1.3 | | 1.3 | SII |
| 6/23 | MIW | MARSHALLTOWN, IA | 3KM | WICHITA(Jabara), KS | 7 | 1.3 | | 1.3 | SII |
| 6/23 | 3KM | WICHITA(Jabara), KS | IAH | HOUSTON, TX | 5 | 1.8 | | 1.8 | SII |
| 6/23 | APA | DENVER(Centenial),CO | SDY | SIDNEY, MT | 6 | 1.6 | | 1.6 | SII |
| 6/23 | SDY | SIDNEY, MT | APA | DENVER(Centenial),CO | 6 | 1.9 | | 1.9 | SII |
| 6/23 | TEB | TETERBORO, NJ | PHF | NEWPORT NEWS, VA | 1 | 1.0 | .7 | 1.7 | CIII |
| 6/24 | HOU | HOUSTON(HOBBY), TX | CYKF | WATERLOO, ONTARIO | 4 | 3.4 | | 3.4 | SII |
| 6/24 | APA | DENVER(Centenial),CO | MVN | MT VERNON, IL | 3 | 2.3 | | 2.3 | SII |
| 6/24 | MVN | MT VERNON, IL | APA | DENVER(Centenial),CO | 3 | 2.7 | | 2.7 | SII |
| 6/24 | MKC | KANSAS CITY, MO | HPN | WHITE PLAINS, NY | 1 | 3.2 | | 3.2 | SII |
| 6/25 | HPN | WHITE PLAINS, NY | HYA | HYANNIS, MA | 1 | .8 | | .8 | SII |
| 6/25 | HYA | HYANNIS, MA | HPN | WHITE PLAINS, NY | 1 | .9 | | .9 | SII |
| 6/25 | HPN | WHITE PLAINS, NY | MKC | KANSAS CITY, MO | 1 | 3.3 | | 3.3 | SII |
| 6/25 | CYKF | WATERLOO, ONTARIO | HOU | HOUSTON(HOBBY), TX | 4 | 4.0 | | 4.0 | SII |
| 6/25 | DCA | WASHINGTON, DC | HPN | WHITE PLAINS, NY | 1 | 1.2 | | 1.2 | SII |
| 6/25 | HPN | WHITE PLAINS, NY | DCA | WASHINGTON, DC | 1 | 1.0 | | 1.0 | SII |
| 6/28 | PHF | NEWPORT NEWS, VA | MIA | MIAMI, FL | 2 | 2.2 | 1.5 | 3.7 | CIII |
| 6/29 | BUR | BURBANK, CA | PSP | PALM SPRINGS, CA | 5 | .7 | | .7 | SII |
| 6/29 | PSP | PALM SPRINGS, CA | BUR | BURBANK, CA | 4 | .9 | | .9 | SII |

**Confidential**                                                                                                                                        NJ_0025541

9231


Executive Jet Aviation, Inc.
P.O. Box 369099
Columbus, Ohio 43236-9099
U.S. 800/848-6436
OH. 800/282-6220



STATEMENT & INVOICE

92111-400

6/17/93

MONTHLY ACTIVITY (SEE ATTACHED) PERIOD ENDING: 5/31/93

| PLANE TYPE | CONV RATE | ACTUAL HRS | ADJUST HRS | NET HRS | CONVERSION HOURS | HOURS CHARGED |
|---|---|---|---|---|---|---|
| SII | (1.0) | 48.3 | .0 | 48.3 | | 48.3 |
| CIII | (1.7) | 7.1 | .0 | 7.1 | 5.1 | 12.2 |
| TOTAL | | 55.4 | .0 | 55.4 | | 60.5 |

SUMMARY OF CHARGES

```
60.5   REGULAR HOURLY CHARG$1,060.00
  .0   EXCESS HOURS      $.00
       FEDERAL EXCISE TAX     (TRANSPORTATION) *
       FUEL VARIABLE CHARGE   (SEE ATTACHED)

       TOTAL AMOUNT DUE EJA
```

*THE FUEL EXCISE TAX ON  60.5 HOURS IS $ ▮

SUMMARY OF HOURS FLOWN

|  | CURR.MONTH | 1ST YEAR | CON-TO-DT |
|---|---|---|---|
| MAXIMUM HOURS ALLOWED | | 800.0 | 2,000.0 |
| PREVIOUS UTILIZATION HRS | | 390.4 | 390.4 |
| CURR. PERIOD USAGE | 60.5 | 60.5 | 60.5 |
| EXCESS HOURS | .0 | | |
| ENDING HOURS UTILIZATION | | 450.9 | 450.9 |
| REMAINING HOURS AVAIL. | | 349.1 | 1,549.1 |

JK0279

Confidential                                    NJ_0025542

```
.5015   01-0092111-400                          CUSTOMER FLIGHT HISTORY    FOR PERIOD ENDING: 5/31/98

DATE FROM AIRPORT CITY         TO  AIRPORT CITY      PAX RGHR CORP TOTAL ROSTD TAIL FLEW RESV#   LEAD PASSENGER

     01-0092111-400

5/03 PHF NEWPORT NEWS, VA      TEB TETERBORO, NJ      2  1.1  .6  1.9 CIII          C
5/04 HOU HOUSTON(HOBBY), TX    DEN DENVER, CO         5  2.7      2.7 SII           S
5/04 DEN DENVER, CO            EUG EUGENE, OR         5  2.9      2.9 SII           S
5/04 BUR BURBANK, CA           IAH HOUSTON, TX        3  3.4      3.4 SII           S
5/04 TEB TETERBORO, NJ         PHF NEWPORT NEWS, VA   2  1.1  .8  1.9 CIII          C
5/05 HPN WHITE PLAINS, NY      IAD WASHINGTON, D.C.   2  1.1      1.1 SII           S
5/05 EUG EUGENE, OR            AUS AUSTIN, TX         3  4.7      4.7 SII           S
5/05 AUS AUSTIN, TX            HOU HOUSTON(HOBBY), TX 3  1.0      1.0 SII           S
5/06 IAH HOUSTON, TX           BUR BURBANK, CA        2  4.1      4.1 SII           S
5/06 DCA WASHINGTON, DC        PHF NEWPORT NEWS, VA   2   .6       .6 SII           S
5/08 PHF NEWPORT NEWS, VA      HPN WHITE PLAINS, NY   1  1.5      1.5 SII           S
5/09 PHF NEWPORT NEWS, VA      HPN WHITE PLAINS, NY   2  1.3  .9  2.2 CIII          C
5/10 MKC KANSAS CITY, MO       HPN WHITE PLAINS, NY   1  3.0      3.0 SII           S
5/10 HYA HYANNIS, MA           HPN WHITE PLAINS, NY   2  1.0      1.0 SII           S
5/10 HPN WHITE PLAINS, NY      LUK CINCINNATI, OH     2  1.9      1.9 SII           S
5/11 HPN WHITE PLAINS, NY      BOS BOSTON(LOGAN), MA  2   .9       .9 SII           S
5/11 HPN WHITE PLAINS, NY      MKC KANSAS CITY, MO    1  3.1      3.1 SII           S
5/11 HPN WHITE PLAINS, NY      PHF NEWPORT NEWS, VA   2  1.1  .8  1.9 CIII          C
5/12 HPN WHITE PLAINS, NY      IAD WASHINGTON, D.C.   1   .9       .9 SII
5/12 IAD WASHINGTON, D.C.      HPN WHITE PLAINS, NY   1  1.1      1.1 SII
5/12 HPN WHITE PLAINS, NY      DCA WASHINGTON, DC     1  1.1      1.1 SII           S
5/13 DCA WASHINGTON, DC        HPN WHITE PLAINS, NY   1  1.2      1.2 SII           S
5/18 PHF NEWPORT NEWS, VA      MIA MIAMI, FL          2  2.5 1.8  4.3 CIII          C
5/19 HPN WHITE PLAINS, NY      IAD WASHINGTON, D.C.   2  1.2      1.2 SII           S
5/20 DCA WASHINGTON, DC        RIC RICHMOND, VA       2   .6       .6 SII           S
5/21 RIC RICHMOND, VA          HPN WHITE PLAINS, NY   3  1.2      1.2 SII           S
5/24 HOU HOUSTON(HOBBY), TX    ABE ALLENTOWN, PA      4  3.4      3.4 SII           S
5/25 ABE ALLENTOWN, PA         HOU HOUSTON(HOBBY), TX 4  4.5      4.5 SII           S
5/25 DCA WASHINGTON, DC        HPN WHITE PLAINS, NY   1  1.2      1.2 SII           S

                                        DIVISION TOTAL   55.4 5.1 60.5
                                                                                                        JK0280
                                        CORPORATE TOTAL  55.4 5.1 60.5
```

Confidential
NJ_0025543

8997




08997

STATEMENT & INVOICE

92111-400

5/19/93

MONTHLY ACTIVITY (SEE ATTACHED) PERIOD ENDING: 4/30/93

| PLANE TYPE | CONV RATE | ACTUAL HRS | ADJUST HRS | NET HRS | CONVERSION HOURS | HOURS CHARGED |
|---|---|---|---|---|---|---|
| SII | (1.0) | 31.6 | .0 | 31.6 |  | 31.6 |
| CIII | (1.7) | 4.7 | .0 | 4.7 | 3.3 | 8.0 |
| TOTAL |  | 36.3 | .0 | 36.3 |  | 39.6 |

SUMMARY OF CHARGES

- 39.6   REGULAR HOURLY CHARGE @$1,060
- .0   EXCESS HOURS @ $0
- FEDERAL EXCISE TAX (TRANSPORTATION)
- FUEL VARIABLE CHARGE (SEE ATTACHED)

TOTAL AMOUNT DUE EJA

THE FUEL EXCISE TAX ON 039.6 HOURS IS $ [redacted]

SUMMARY OF HOURS FLOWN

|  | CURR.MONTH | 1ST YEAR | CON-TO-DT |
|---|---|---|---|
| MAXIMUM HOURS ALLOWED |  | 800.0 | 2,000.0 |
| PREVIOUS UTILIZATION HRS |  | 350.8 | 350.8 |
| CURR. PERIOD USAGE | 39.6 | 39.6 | 39.6 |
| EXCESS HOURS | .0 |  |  |
| ENDING HOURS UTILIZATION |  | 390.4 | 390.4 |
| REMAINING HOURS AVAIL. |  | 409.6 | 1,609.6 |

JK0281

Confidential   NJ_0025544

```
NJS015    01-0092111-400   [REDACTED]           CUSTOMER FLIGHT HISTORY    FOR PERIOD ENDING:  4/30/93

DATE  FROM AIRPORT CITY         TO  AIRPORT CITY       PAX REGHR CONV TOTAL  RQSTD TAIL FLEW RESV#    LEAD PASSENGER


      01-0092111-400   [REDACTED]

4/05  BUR  BURBANK, CA           SEA SEATTLE, WA        4  2.8        2.8  SII        [REDACTED]  S  [REDACTED]
4/05  SEA  SEATTLE, WA           BLI BELLINGHAM, WA     3   .6         .6  SII                    S

4/07  HPN  WHITE PLAINS, NY      SLN SALINA, KS         1  4.1        4.1  SII                    S
4/07  SLN  SALINA, KS            APA DENVER(Centenial),CO 1 1.3       1.3  SII                    S

4/07  SEA  SEATTLE, WA           BUR BURBANK, CA        4  2.4        2.4  SII                    S

4/08  HPN  WHITE PLAINS, NY      PBI WEST PALM BEACH, FL 3 3.2        3.2  SII                    S

4/09  APA  DENVER(Centenial),CO  DAL DALLAS (LOVE), TX  1  1.8        1.8  SII                    S
4/12  DAL  DALLAS (LOVE), TX     TUL TULSA, OK          1  1.0        1.0  SII                    S
4/13  OUN  NORMAN, OK            ICT WICHITA, KS        1   .8         .8  SII                    S
4/13  TUL  TULSA, OK             OUN NORMAN, OK         1   .8         .8  SII                    S
4/14  3KM  WICHITA(Jabara), KS   AGC PITTSBURGH, PA     1  2.4        2.4  SII                    S

4/14  HPN  WHITE PLAINS, NY      CMH COLUMBUS, OH       4  1.8        1.8  SII                    S
4/14  CMH  COLUMBUS, OH          HPN WHITE PLAINS, NY   4  1.8        1.8  SII                    S

4/15  PHF  NEWPORT NEWS, VA      MIA MIAMI, FL          2  2.5  1.8   4.3  CIII                   C

4/23  HPN  WHITE PLAINS, NY      CON CONCORD, NH        3   .9         .9  SII                    S
4/23  CON  CONCORD, NH           HYA HYANNIS, MA        2   .6         .6  SII                    S

4/23  HPN  WHITE PLAINS, NY      VRB VERO BEACH, FL     1  2.8        2.8  SII                    S

4/27  HPN  WHITE PLAINS, NY      PHL PHILADELPHIA, PA   1   .7         .7  SII                    S
4/28  PHL  PHILADELPHIA, PA      DCA WASHINGTON, DC     1   .7         .7  SII
4/29  DCA  WASHINGTON, DC        HPN WHITE PLAINS, NY   1  1.1        1.1  SII                    S

4/30  MIA  MIAMI, FL             PHF NEWPORT NEWS, VA   2  2.2  1.5   3.7  CIII                   C

                                          DIVISION TOTAL   36.3  3.3  39.6

                                          CORPORATE TOTAL  36.3  3.3  39.6
```

JK0282

Confidential                                                                                NJ_0025545


8808



08808



STATEMENT & INVOICE

92111-400



4/14/93

MONTHLY ACTIVITY (SEE ATTACHED) PERIOD ENDING: 3/31/93

| PLANE TYPE | CONV RATE | ACTUAL HRS | ADJUST HRS | NET HRS | CONVERSION HOURS | HOURS CHARGED |
|---|---|---|---|---|---|---|
| SII | (1.0) | 24.5 | .0 | 24.5 | | 24.5 |
| CIII | (1.7) | 7.5 | .0 | 7.5 | 5.4 | 12.9 |
| TOTAL | | 32.0 | .0 | 32.0 | | 37.4 |

SUMMARY OF CHARGES

```
  37.4   REGULAR HOURLY CHARGE @$1,060
    .0   EXCESS HOURS @    $0
         FEDERAL EXCISE TAX   (FUEL)
         FUEL VARIABLE CHARGE (SEE ATTACHED)

         TOTAL AMOUNT DUE EJA
```



SUMMARY OF HOURS FLOWN

| | CURR.MONTH | 1ST YEAR | CON-TO-DT |
|---|---|---|---|
| MAXIMUM HOURS ALLOWED | | 800.0 | 2,000.0 |
| PREVIOUS UTILIZATION HRS | | 313.4 | 313.4 |
| CURR. PERIOD USAGE | 37.4 | 37.4 | 37.4 |
| EXCESS HOURS | .0 | | |
| ENDING HOURS UTILIZATION | | 350.8 | 350.8 |
| REMAINING HOURS AVAIL. | | 449.2 | 1,649.2 |

JK0283

ALPHA

Confidential

NJ_0025546

```
..ge15   01-0092111-400  [REDACTED]           CUSTOMER FLIGHT HISTORY    FOR PERIOD ENDING: 3/31/93

DATE  FROM  AIRPORT CITY     TO   AIRPORT CITY       PAX HRGHR CONV TOTAL RQSTD TAIL FLEW RESV#    LEAD PASSENGER

      01-0092111-400  [REDACTED]

3/11  APA  DENVER(Centenial),CO SSJ FERNANDINA BEACH, FL  4   3.5       3.5  SII              S     [REDACTED]

3/16  MIA  MIAMI, FL        PHF  NEWPORT NEWS, VA    2   2.1  1.5  3.6  CIII             C
3/18  PHF  NEWPORT NEWS, VA TEB  TETERBORO, NJ       2   1.1   .8  1.9  CIII             C

3/19  TEB  TETERBORO, NJ    PHF  NEWPORT NEWS, VA    2   1.1   .8  1.9  CIII             C

3/24  BUR  BURBANK, CA      SEA  SEATTLE, WA         3   2.5       2.5  SII              S

3/25  BED  BEDFORD, MA      HPN  WHITE PLAINS, NY    2    .9        .9  SII

3/25  MIA  MIAMI, FL        SUA  STUART, FL          1    .6        .6  SII              S
3/25  SUA  STUART, FL       HPN  WHITE PLAINS, NY    3   3.1       3.1  CII              S
3/26  HPN  WHITE PLAINS, NY MKC  KANSAS CITY, MO     1   3.0       3.0  SII              S

3/26  HPN  WHITE PLAINS, NY HYA  HYANNIS, MA         2    .9        .9  SII              S

3/26  HPN  WHITE PLAINS, NY VRB  VERO BEACH, FL      5   2.8  2.0  4.8  CIII             C
3/26  VRB  VERO BEACH, FL   SUA  STUART, FL          4    .4   .3   .7  CIII             C

3/26  SEA  SEATTLE, WA      BUR  BURBANK, CA         1   2.5       2.5  SII              C

3/31  APA  DENVER(Centenial),CO SBA SANTA BARBARA, CA 3  2.6       2.6  SII              S
3/31  SBA  SANTA BARBARA, CA SAC SACRAMENTO, CA*EXEC  5  1.1       1.1  SII              S
3/31  SAC  SACRAMENTO, CA*EXEC SBA SANTA BARBARA, CA  5  1.2       1.2  SII              S
3/31  SBA  SANTA BARBARA, CA APA DENVER(Centenial),CO 3  2.6       2.6  SII              S

                    DIVISION TOTAL  32.0  5.4  37.4

                    CORPORATE TOTAL 32.0  5.4  37.4
```

JK0284

Confidential

NJ_0025547

0124



Executive Jet Aviation, Inc.
P.O. Box 369099
Columbus, Ohio 43236-9099
U.S. 800/848-6436
OH. 800/282-6220

STATEMENT & INVOICE

F 1012(

92111-400



10/19/93

MONTHLY ACTIVITY (SEE ATTACHED) PERIOD ENDING:   9/30/93

| PLANE TYPE | CONV RATE | ACTUAL HRS | ADJUST HRS | NET HRS | CONVERSION HOURS | HOURS CHARGED |
|---|---|---|---|---|---|---|
| SII | (1.0) | 24.2 | .0 | 24.2 |  | 24.2 |
| CIII | (1.7) | 4.8 | .0 | 4.8 | 3.4 | 8.2 |
| TOTAL |  | 29.0 | .0 | 29.0 |  | 32.4 |

SUMMARY OF CHARGES

```
   32.4   REGULAR HOURLY CHARG$1,060.00
    .0    EXCESS HOURS       $.00
          FEDERAL EXCISE TAX      (TRANSPORTATION) *
          FUEL VARIABLE CHARGE    (SEE ATTACHED)

          TOTAL AMOUNT DUE EJA
```

*THE FUEL EXCISE TAX ON    32.4 HOURS IS $

SUMMARY OF HOURS FLOWN

|  | CURR.MONTH | 2ND YEAR | CON-TO-DT |
|---|---|---|---|
| MAXIMUM HOURS ALLOWED |  | 800.0 | 2,000.0 |
| PREVIOUS UTILIZATION HRS |  | 53.7 | 567.3 |
| CURR. PERIOD USAGE | 32.4 | 32.4 | 32.4 |
| EXCESS HOURS | .0 |  |  |
| ENDING HOURS UTILIZATION |  | 86.1 | 599.7 |
| REMAINING HOURS AVAIL. |  | 713.9 | 1,400.3 |

ALPHA

JK0285

Confidential

NJ_0025548



0923

9231

Executive Jet Aviation, Inc.
P.O. Box 369099
Columbus, Ohio 43236-9099
U.S. 800/848-6436
OH. 800/282-6220

STATEMENT & INVOICE

92111-400



6/17/93

MONTHLY ACTIVITY (SEE ATTACHED) PERIOD ENDING: 5/31/93

| PLANE TYPE | CONV RATE | ACTUAL HRS | ADJUST HRS | NET HRS | CONVERSION HOURS | HOURS CHARGED |
|---|---|---|---|---|---|---|
| SII | (1.0) | 48.3 | .0 | 48.3 | | 48.3 |
| CIII | (1.7) | 7.1 | .0 | 7.1 | 5.1 | 12.2 |
| TOTAL | | 55.4 | .0 | 55.4 | | 60.5 |

SUMMARY OF CHARGES

```
60.5   REGULAR HOURLY CHARG $1,060.00
  .0   EXCESS HOURS        $.00
       FEDERAL EXCISE TAX       (TRANSPORTATION) *
       FUEL VARIABLE CHARGE     (SEE ATTACHED)
```


TOTAL AMOUNT DUE EJA

*THE FUEL EXCISE TAX ON   60.5 HOURS IS $ ▮

SUMMARY OF HOURS FLOWN

| | CURR.MONTH | 1ST YEAR | CON-TO-DT |
|---|---|---|---|
| MAXIMUM HOURS ALLOWED | | 800.0 | 2,000.0 |
| PREVIOUS UTILIZATION HRS | | 390.4 | 390.4 |
| CURR. PERIOD USAGE | 60.5 | 60.5 | 60.5 |
| EXCESS HOURS | .0 | | |
| ENDING HOURS UTILIZATION | | 450.9 | 450.9 |
| REMAINING HOURS AVAIL. | | 349.1 | 1,549.1 |

JK0286

Confidential

NJ_0025549